UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA GIRALDO,

               Plaintiff,

-against-

LIMING FAN, et al.,

               Defendants.

**ORDER**

20-CV-07374 (PMH)

PHILIP M. HALPERN, United States District Judge:

    It is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within ninety (90) days of this Order. Any application to reopen filed after ninety (90) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

                                          SO ORDERED:

Dated:  White Plains, New York
           October 14, 2021

                                          PHILIP M. HALPERN
                                          United States District Judge